**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SABRINA PALMER,** | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-07279 |
| v. | ) | |
| **DATADOG, INC.,** | ) | Hon. Elaine E. Bucklo |
| Defendant. | ) | Magistrate Judge Young B. Kim |

**DEFENDANT'S FED. R. CIV. P. RULE 26(f) PLANNING REPORT**

Defendant DATADOG, INC. ("Defendant"), by and through its undersigned counsel, submits this Rule 26(f) Planning Report per this Court's Order on July 31, 2026 (ECF No. 12).

## I. Meeting

Pursuant to Fed. R. Civ. P. 26(f), Defendant provided Plaintiff a copy of the following Rule 26(f) Planning Report. Defendant reached out to Plaintiff via both email correspondence and telephone call, but at the time of this filing, Defendant did not receive communication that Plaintiff joins this Planning Report.

## II. Pretrial Schedule

Defendant proposes to the Court the following discovery plan:

A. Plaintiff to amend pleadings by January 18, 2027.
B. Plaintiff to add any additional parties by January 18, 2027.
C. Defendant to amend pleadings by February 22, 2027.
D. Defendant to add any additional parties by February 22, 2027.

## III. Discovery

Defendant anticipates engaging in written discovery and depositions. Defendant also anticipates sending third-party *subpoenas duces tecum* to Plaintiff's medical providers to evaluate Plaintiff's damages available at trial.

A. Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be made by November 20, 2026. Fact discovery to be commenced in time to be completed by August 31, 2027.

B. Defendant anticipates taking Plaintiff's deposition. Plaintiff has not indicated that she intends to take depositions in this matter.

C. Reports from retained experts under Rule 26(a)(2) due:

   i. Date for Plaintiff to comply with FRCP 26(a)(2): September 30, 2027.

   ii. Date for Defendant to comply with FRCP 26(a)(2): November 15, 2027.

   iii. All expert discovery to be completed by January 10, 2028.

D. All potentially dispositive motions should be filed by April 3, 2028.

E. Final pretrial order: Plaintiff to prepare proposed draft by September 11, 2028; Parties to file joint final pretrial order by October 16, 2028.

F. The case should be ready for trial by November 13, 2028, and at this time is expected to take approximately 3-4 days.

## IV. Settlement

Plaintiff has not yet made a written settlement demand to Defendant.

## V. Consent

Defendant does not consent to jurisdiction by the assigned Magistrate Judge.

Dated: September 15, 2026.

Respectfully submitted,

By: _/s/ Margaret R. Foss_
One of the Attorneys for Defendant

Jennifer L. Colvin (ARDC No. 6274731)
Margaret R. Foss (ARDC No. 6345788)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone: 312.558.1220
*jennifer.colvin@ogletreedeakins.com*
*margaret.foss@ogletreedeakins.com*